Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:                                : CASE NO. 21-10121/SLM
                                      :
                                      : HEARING DATE: March 30, 2021
                                      :               @ 11:00 a.m.
    American Limousine LLC,           :
                                      : CHAPTER: 11 (Subchapter V)
                                      :
                                      : NOTICE OF MOTION TO
                                      : AUTHORIZE DEBTOR TO
                                      : ENTER INTO LEASE AGREEMENT
                                      :
                                      : ORAL ARGUMENT WAIVED
                       Debtors        :

TO:    See Attached Service List

PLEASE TAKE NOTICE,

   That on the 30th day of March, 2021, at 11:00 a.m. or as soon thereafter as Counsel may be heard, the undersigned Attorney for the Debtor, will move before the Honorable Stacey L. Meisel, UNITED STATES BANKRUPTCY COURT, 50 Walnut Street, Newark, NJ, for an Order Authorizing Debtor to Enter into Lease Agreement.

Dated:  03/04/2021

/s/Dean G. Sutton
Dean G. Sutton, Esq.

SERVICE LIST

Peter D'Auria, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, N.J. 07102

Devanshu L. Modi, Esq., Subchapter V Trustee
Lyon, Glassman, Leites & Modi, L.L.C.
P.O. Box 409
Florham Park, NJ 07932

ATLANTIC LIMO (GA)
2450 PLEASANTDALE ROAD
Atlanta, GA 30340

Accounting Principals
Lisa Werner
10151 Deerwood Park BLVD
Jacksonville, FL 32256

Califa Services
4509 West 132nd Street
Hawthorne, CA 90250

Chabe Limousine
91-99 Avenue Jules Quentin
Paris, France 92000

Steven Blau, Esq.
Ernest Thompson, Individually and on
behalf of all others similarly situated
23 Green Street, Suite 105
Huntington, NY 11743

Jeffrey West
Jackson Lewis LLP
PO Box 416019
Boston, MA 02241-6019

Joselito R. Dela Cruz & Jeff Pangilinan,
on behalf of themselves & all others sim
c/o Bryan Schwartz, Esq.
180 Grand Avenue, Suite 1380,
Oakland, CA 94612

LIMOUSINE ASSOCIATES
5630 JULMAR DR
Cincinnati, OH 45238

Limolabs, LLC
1701 Colton Ave.
Bronx, NY 10462

MEARS GLOBAL VAA  
324 WEST GOR STREET  
Winter Springs, FL 32806

Maaco  
92 North Main St  
Building 14  
Windsor, NJ 08561

PEAK LIMOUSINE  
6308 NORTHERN OAK DRIVE  
Charlotte, NC 28227

PKF O'Connor Davies, LLP  
300 Tice Blvd.  
Woodcliff Lake, NJ 07677

Slavko  
PLATINUM VIP (WA)  
605 18TH AVENUE WEST  
Kirkland, WA 98033

Paul Pielka  
Jeffrey W. Varcadipane  
Varcadipane & Pinnisi PC  
40 Wall Street, 28th Floor  
New York, NY 10005

RAMA LIMO  
PO BOX 358  
Pacentia, CA 92871

Avrohom Gefen, Esq.  
Shahid Diwan  
c/o Avrohom Gefen, Esq.  
570 Lexington Avenue, Suite 1600  
New York, NY 10022

TLA LIMOUSINE  
713 NORTH 1ST STREET  
Montebello, CA 90640

UCS  
1710 S. Amphlett Blvd.  
San Mateo, CA 94402

M&T Bank  
Attn: Stephan Hornung, Esq.  
Luskin, Stern & Eisler LLP  
50 Main Street  
White Plains, NY 10606

Steven Blau  
Attn: Rosemarie E. Matera, Esq.  
Kurtzman Matera, P.C.  
80 Red Scholhouse Road  
Suite 110  
Chestnut Ridge, New York 10977

```
Merchants Automotive Group, Inc.
Attn: Dwayne F. Stanley
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Lancer Insurance Company
Attn: Douglas J. Pick
PICK & ZABICKI LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017

First Lease, Inc.
Saldutti Law Group
Attn: Rebecca K. McDowell, Esq.
800 N. Kings Highway, Suite 300
Cherry Hill, New Jersey 08034

365 Tower Ridge Development LLC
PO Box 627
Pine Brook, NJ 07058
```