Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

American Limousine LLC,

Debtor

CASE NO. 21-10121/SLM

CHAPTER: 11 (Subchapter V)

STATEMENT OF NON-NECESSITY OF
BRIEF PURSUANT TO DNJLBR 9013-1

I, Dean G. Sutton, hereby certify as follows:

1. I am an attorney at law and I am the attorney for the debtor herein.

2. This Motion is for an Order Authorizing Debtor to Enter into Lease Agreement.

3. The relief requested is based upon factual issues and concerns only common questions of law and therefore no Brief is necessary in this action as provided by DNJLBR 9013-1.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: 03/04/2021

/s/Dean G. Sutton
Dean G. Sutton, Esquire