| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1 |
| **FOX ROTHSCHILD LLP**<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>49 Market Street<br>Morristown, NJ 07960-5122<br>(973) 992-4800 (Telephone)<br>(973) 992-9125 (Facsimile)<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>*Attorneys for Mahwah Property Owner, LLC* |
| In re:<br><br>AMERICAN LIMOUSINE LLC<br><br>Debtor. |

Case No. 21-10121-SLM

Chapter 11 (Subchapter V)

Hon. Stacey L. Meisel

**Hearing Date: May 11, 2021**
**Hearing Time: 11:00 a.m.**

**Objection Deadline: May 4, 2021**

**NOTICE OF MOTION OF MAHWAH PROPERTY OWNER, LLC TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1) FOR POST-PETITION AMOUNTS DUE FOR <u>POSSESSION OF REAL PROPERTY</u>**

**PLEASE TAKE NOTICE** that on May 4, 2021, or as soon thereafter as counsel may be heard, Mahwah Property Owner, LLC ("<u>Mahwah</u>"), an administrative creditor in the above-captioned subchapter V chapter 11 case of American Limousine LLC (the "<u>Debtor</u>"), by and through its counsel, Fox Rothschild LLP, shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07120, for the entry of an order pursuant to 11 U.S.C. § 503(b)(1) allowing and compelling payment of an administrative expense to Mahwah for unpaid amounts incurred by the

121827977.v1

Debtor for use and possession of commercial property since the petition date, for such further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Mahwah shall rely upon the certification and memorandum of law submitted herewith pursuant to D.N.J. LBR 9013-1(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07120, and served upon Mahwah's undersigned counsel at 49 Market Street, Morristown, New Jersey 07960, no later than seven (7) days prior to the return date.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, this motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

        **FOX ROTHSCHILD LLP**
        *Attorneys for Mahwah Property Owner, LLC*

    By: */s/ Michael R. Herz*
        Michael R. Herz, Esq.
        Joseph A. Caneco, Esq.

Dated: April 20, 2021

121827977.v1