**Dean G. Sutton, Esquire**
Attorney At Law
Board Certified
Consumer Bankruptcy Law
American Board of Certification

-------------

**MAIN OFFICE**
**18 Green Rd**
**P.O. Box 187**
**Sparta. NJ 07871**

-------------

**(973)729-8121**
Fax (973) 729-6685
www.deansuttonlaw.com

*BERGEN COUNTY OFFICE*
**151 W. Passaic Street, 2ND floor**
**Rochelle Park, NJ 07662**

*MORRIS COUNTY OFFICE*
**181 New Road, Suite 201**
**Parsippany, NJ 07054**

May 3, 2021

**Sent Via E-Mail**
Honorable Stacey L. Meisel
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:   American Limousine LLC
Case No. 21-10121
Motion Objecting to Proof of Claim
Hearing Date:  May 4, 2021 @ 11:00 a.m.

Dear Judge Meisel,

Please be advised that in review of PACER today I found that "no opposition" has been filed in regard to the above referenced Motion.

Consequently, I believe this matter can be "decided on the papers" and therefore Counsel for the debtor will not be appearing at this Hearing.

Thank you for your consideration in this matter.

Respectfully Submitted,
/s/Dean G. Sutton
Dean G. Sutton

DGS/st
cc: Daniel H. Reiss, Esq.
    Bryan Schwartz, Esq.